[No. 26378-5-II.   Division Two.   December 28, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RUDY C. SEANEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 99-1-01218-6, Barbara D. Johnson, J., entered August 29, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 26671-7-II.   Division Two.   December 28, 2001.]

DAVID L. MARTIN, *Appellant*, v. ELDON GROENEVELD, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Lewis County, No. 00-2-00548-1, David R. Draper, J., entered October 27, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 26697-1-II.   Division Two.   December 28, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFF ALAN JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 00-1-01046-8, M. Karlynn Haberly, J., entered November 20, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 26747-1-II.   Division Two.   December 28, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. TONI MARIE SCHNEIDER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 00-1-00439-4, Stephen M. Warning, J., entered December 5, 2000. *Affirmed in part* and *reversed in part* by unpublished opinion per Quinn-Brintnall, J., concurred in by Seinfeld and Bridgewater, JJ.